# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,     :

      : 

     Plaintiff,     :     **Case No. 2:22-cr-098**

      :     **JUDGE SARAH D. MORRISON**

    v.     :

      :

(1) **BRIAN R. CUNNINGHAM,**     :

      :

(2) **TYSON RATHBURN,**     :

      :

(3) **CHARLES L. JACKSON,**     :
    a/k/a/ "Apollo,"     :

      :

(4) **MARTINO D. LORENZI,**     :

      :

    and     :

      :

(5) **ANTHONY D. REDMOND,**     :

      :

     **Defendants.**     :

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 137). Upon consideration of the United States' Motion and the record of this case, the Court finds that:

1.      On January 23, 2023, Preliminary Orders of Forfeiture (Docs. 87-91) were entered in this case finding that the requisite nexus exists between the subject property identified therein and the violations to which Defendants Brian R. Cunningham, Tyson Rathburn, Charles L. Jackson, Martino D. Lorenzi, and Anthony D. Redmond agreed to plead guilty and ordering the defendants to forfeit their interest in the property to the United States in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

2.     In accordance with 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States provided notice of the entry of these orders of forfeiture to third parties who may assert a legal interest in the property described therein via publication on the government's official internet site, www.forfeiture.gov, for at least 30 consecutive days (*see* Declaration of Publication, Doc. 97); and

3.     No petitions asserting a legal interest in the forfeited property have been filed in this case and the time for the filing of such petitions has expired. Therefore, there are no parties who reasonably appear to be a potential claimant with standing to contest the forfeiture of the property that is the subject of the Preliminary Orders of Forfeiture; and

4.     All of the defendants have been sentenced:

a.     On December 18, 2023, the Court issued its Judgment (Doc. 130) adjudicating Defendant Brian R. Cunningham guilty the offense of Conspiracy to Deal in Firearms Without a License, in violation of 18 U.S.C. § 371, and sentencing him, among other things, to forfeit his interest in the property described in this Order to the United States; and

b.     On December 1, 2023, the Court issued its Judgment (Doc. 126) adjudicating Defendant Tyson Rathburn guilty the offense of Conspiracy to Deal in Firearms Without a License, in violation of 18 U.S.C. § 371, and sentencing him, among other things, to forfeit his interest in the property described in this Order to the United States; and

c.     On February 1, 2023, the Court issued its Judgment (Doc. 94) adjudicating Defendant Charles L. Jackson guilty the offense of Conspiracy to Deal in Firearms Without a License, in violation of 18 U.S.C. § 371, and sentencing him,

among other things, to forfeit his interest in the property described in this Order to the United States; and

     d.     On October 12, 2023, the Court issued its Judgment (Doc. 113) adjudicating Defendant Martino D. Lorenzi guilty the offense of Conspiracy to Deal in Firearms Without a License, in violation of 18 U.S.C. § 371, and sentencing him, among other things, to forfeit his interest in the property described in this Order to the United States; and

     e.     On October 17, 2023, the Court filed its Judgment (Doc. 116) adjudicating Defendant Anthony D. Redmond guilty the offense of Conspiracy to Deal in Firearms Without a License, in violation of 18 U.S.C. § 371, and sentencing him, among other things, to forfeit his interest in the property described in this Order to the United States; and

5.     The property described in this case is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon these violations of 18 U.S.C. § 371.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.     That all right, title, and interest in and to the following property is hereby **FORFEITED** to the United States of America:[1]

| | | |
|---|---|---|
| a) | A Smith & Wesson .556 Rifle, S/N TU36643 | (ATF Item #2) |
| b) | A Smith & Wesson .556 Rifle, S/N TU11092 | (ATF Item #3) |
| c) | A Smith & Wesson .556 Rifle, S/N TU19337 | (ATF Item #4) |

---

[1] For continuity, the Item Numbers used to identify the firearms and ammunition subject to forfeiture are consistent with the Item Numbers provided for the assets in the Forfeiture Allegation of the Indictment and Preliminary Orders of Forfeiture.

| | | |
|---|---|---|
| d) | A Smith & Wesson .556 Rifle, S/N TU37991 | (ATF Item #5) |
| e) | A Smith & Wesson .556 Rifle, S/N TU36541 | (ATF Item #6) |
| f) | A Smith & Wesson .556 Rifle, S/N TU11085 | (ATF Item #7) |
| g) | A Smith & Wesson .556 Rifle, S/N TU36542 | (ATF Item #8) |
| h) | A Smith & Wesson .22 Rifle, S/N LAU2771 | (ATF Item #9) |
| i) | A Smith & Wesson .556 Rifle, S/N TU19332 | (ATF Item #10) |
| j) | A Smith & Wesson .556 Rifle, S/N TU36259 | (ATF Item #11) |
| k) | A Smith & Wesson .556 Rifle, S/N TU17702 | (ATF Item #12) |
| l) | A Savage Arms .22 Rifle, S/N 3855275 | (ATF Item #13) |
| m) | A Savage Arms .22 Rifle, S/N 3759833 | (ATF Item #14) |
| n) | A Savage Arms .22 Rifle, S/N 3852048 | (ATF Item #16) |
| o) | A Savage Arms .22 Rifle, S/N 3852036 | (ATF Item #17) |
| p) | A Savage Arms .22 Rifle, S/N 3855286 | (ATF Item #18) |
| q) | A Savage Arms .22 Rifle, S/N 3855277 | (ATF Item # 19) |
| r) | A Savage Arms .22 Rifle, S/N 3759831 | (ATF Item #20) |
| s) | A Savage Arms .308 Rifle, S/N P164717 | (ATF Item #23) |
| t) | A Savage Arms .308 Rifle, S/N P160352 | (ATF Item #24) |
| u) | A Savage Arms .22 Rifle, S/N 3848359 | (ATF Item #25) |
| v) | A Savage Arms .17 Rifle, S/N P164788 | (ATF Item #26) |
| w) | A Savage Arms .22 Rifle, S/N 3816430 | (ATF Item #27) |
| x) | A Federal Armament Rifle, S/N 21-AS20788 | (ATF Item #28) |

| | | |
|---|---|---|
| y) | A Savage Arms .22 Rifle, S/N 3802944 | (ATF Item #29) |
| z) | A Winchester Shotgun, S/N TR077351YZSP | (ATF Item #30) |
| aa) | A Winchester Shotgun, S/N TR077246YZSP | (ATF Item #31) |
| bb) | A Winchester Shotgun, S/N TR077249YZSP | (ATF Item #32) |
| cc) | A Winchester Shotgun, S/N TR113544YZSP | (ATF Item #33) |
| dd) | A Federal Armament Rifle, S/N B20PX0940 | (ATF Item #34) |
| ee) | An Armsan Silah Sanayi Shotgun, S/N KRP033784 | (ATF Item #35) |
| ff) | A German Sports Guns .22 Rifle, S/N BL54873 | (ATF Item #36) |
| gg) | A North American Arms .22 Revolver, S/N VT21611 | (ATF Item #37) |
| hh) | A North American Arms .22 Revolver, S/N E448317 | (ATF Item #38) |
| ii) | A North American Arms .22 Revolver, S/N E436793 | (ATF Item #39) |
| jj) | A Taurus .22 Pistol, S/N 1PT313309 | (ATF Item #40) |
| kk) | A Bearman Industries .380 Derringer, S/N BT043866 | (ATF Item #41) |
| ll) | A Smith & Wesson 9mm Pistol, S/N LET7675 | (ATF Item #42) |
| mm) | A Taurus .22 Pistol, S/N 1PT463834 | (ATF Item #43) |
| nn) | A Sig-Sauer .22 Pistol, S/N F127252 | (ATF Item #44) |
| oo) | A Sig-Sauer .22 Pistol, S/N F073172 | (ATF Item #45) |
| pp) | A Keltec .22 Pistol, S/N WY9N12 | (ATF Item #46) |
| qq) | A Taurus 9m Pistol, S/N ACC719939 | (ATF Item #47) |
| rr) | A Federal Armament Shotgun, S/N B21-SL0165 | (ATF Item #48) |
| ss) | A Federal Armament Shotgun, S/N B20SM0821 | (ATF Item #49) |

| tt)   | A Federal Armament Shotgun, S/N B21-SL0163 | (ATF Item #50) |
| uu)   | A Savage .17 Rifle, S/N 2446334 | (ATF Item #51) |
| vv)   | A North American Arms .22 Revolver, S/N E442789 | (ATF Item #53) |
| ww)   | A Smith & Wesson Revolver, S/N JNM1780 | (ATF Item #54) |
| xx)   | A Keltec .22 Pistol, S/N WY2995 | (ATF Item #55) |
| yy)   | A Browning .22 Pistol, S/N 515ZP03272 | (ATF Item #56) |
| zz)   | A Keystone Sporting Arms .22 Rifle, S/N 1022175 | (ATF Item #59) |
| aaa)  | 3,747 rounds of assorted ammunition | (ATF Item #61) |
| bbb)  | A Smith & Wesson 9mm Pistol, S/N RHC3918 | (ATF Item #62) |
| ccc)  | 2,800 rounds of assorted ammunition | (ATF Item #64) |
| ddd)  | 1,250 rounds of assorted ammunition | (ATF Item #68) |
| eee)  | A Smith & Wesson .22 Rifle, S/N LAC9931 | (ATF Item #69) |
| oooo) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z13880 | (ATF Item #154) |
| pppp) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z15573 | (ATF Item #156) |
| qqqq) | A CANIK55 9mm Pistol, S/N T6472-21 CB 58663 | (ATF Item #158) |
| rrrr) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z23619 | (ATF Item #160) |
| ssss) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z23618 | (ATF Item #162) |

2.    That the designated agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

3.    That any and all claims and interests in and to the above-described forfeited property are forever barred and no right, title, or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

ORDERED this 17th day of April , 2024.

HONORABLE SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Noah R. Litton
NOAH R. LITTON (0090479)
Assistant United States Attorney